**Order entered March 23, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01417-CV

### COLLIN CENTRAL APPRAISAL DISTRICT, Appellant

### V.

### GARLAND HOUSING FINANCE CORPORATION AND TX COLLIN APARTMENTS, L.P., Appellees

**On Appeal from the 471st Judicial District Court
Collin County, Texas
Trial Court Cause No. 471-03704-2019**

## ORDER

Before the Court is appellant's March 18, 2020 unopposed motion for a twenty-one day extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 15, 2020.

/s/ ERIN A. NOWELL
JUSTICE